IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES HEREFORD, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 1:13-cv-03392-RWS |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| CARTER & ASSOCIATES, L.L.C. AND ) | |
| PEACHTREE/CARNEGIE, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

*Entered as dismissed pursuant to Rule 41(a)(l)(i)(ii), F.R.C.P.*

*James N. Hatten, Clerk*
*By: [signature]*
*Deputy Clerk*

## VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, by and through undersigned counsel, and dismisses his claims against CARTER & ASSOCIATES, L.L.C. AND PEACHTREE/CARNEGIE, LLC, with prejudice. Each party shall be responsible for its own costs. A proposed Order is attached as Exhibit A.

Respectfully submitted this 10th day of January, 2014.

s/Benjamin A. Stark
Georgia Bar No. 601867
Benjamin A. Stark

BARRETT & FARAHANY, LLP
1100 Peachtree Street
Suite 500
Atlanta, GA 30309
(404) 214-0120

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES HEREFORD, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 1:13-cv-03392-RWS |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| CARTER & ASSOCIATES, L.L.C. ) | |
| AND PEACHTREE/CARNEGIE, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing VOLUNTARY DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Patricia Griffith
Ford Harrison
271 17th St., NW
Suite 1900
Atlanta, GA 30363

This 10th day of January, 2014.

s/Benjamin A. Stark
Georgia Bar No. 601867
Benjamin A. Stark

2